# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-2502

_____

William Daniel Helix,                               *
                                                    *
              Appellant,                            *
                                                    *
       v.                                           *
                                                    *
Mike Huckabee, Governor, State of                   *
Arkansas; Winston Bryant, Attorney                  *   On Appeal from the United States
General, State of Arkansas, Garland                 *   District Court for the
County Quorum Court, State of                       *   Western District of Arkansas.
Arkansas; Larry Williams, Quorum                    *
Court Judge; Dave Ellis Grim; Earl E.               *        [UNPUBLISHED]
Robbins; John E. Cook; Don George;                  *
Jeff McFee; Gina Parks; Mickey Gates;               *
Alphonso Logan; Ray Owen, Jr.; A.J.                 *
Simpson; Carolyn Sisney; M. Roger                   *
Smith; Mahlon E. Grigsby,                           *
                                                    *
              Appellees.                            *

_____

Submitted: January 21, 1999
Filed: January 28, 1999

_____

Before RICHARD S. ARNOLD, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

William D. Helix appeals from the district court's[1] adverse grant of summary judgment in his civil suit challenging the constitutionality of a county's solid waste collection system. After a careful review of the record and the parties' briefs on appeal, we conclude the district court ruled correctly and an extended discussion is unnecessary. Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Harry F. Barnes, United States District Judge for the Western District of Arkansas.